# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FERNANDO ALLEN SANCHEZ**
601 Eleventh Avenue, Apt. #514
San Diego, CA 92101
Tel: 619-761-6561
Email: allen@strategicparalegal.com

**PLAINTIFF, IN PRO PER**

**FERNANDO ALLEN SANCHEZ**, Plaintiff,

v.

**COUNTY OF SAN DIEGO, by and through its Health & Human Services Agency (HHSA);**
**VANESSA HUERTA, Esq., in her individual and official capacities;**
**ADMINISTRATIVE LAW JUDGE NAVARRO, in official capacity for injunctive/declaratory relief;**
**DOE DEFENDANTS 1–10,** Defendants.

Case No.: **'25 CV 2987 DMS KSC**

**VERIFIED CIVIL RIGHTS COMPLAINT**
**(42 U.S.C. § 1983 – Due Process; Declaratory and Injunctive Relief; Damages)**
**DEMAND FOR JURY TRIAL**

Plaintiff brings this action under 42 U.S.C. § 1983 for deprivation of due process in the administration of CalFresh benefits. Defendants acted under color of state law to interrupt benefits without proper notice or opportunity to be heard, violating *Goldberg v. Kelly*, 397 U.S. 254 (1970). Plaintiff made twelve calls to the Access Line and five online renewal attempts, all unsuccessful due to County system failures acknowledged by Defendant Huerta. The County's use of blocked caller IDs triggered Verizon spam filters, preventing required contact. Two automated 5:13 a.m. and 5:16 a.m. robocalls were improperly treated as due diligence. Hearings held at 8:00 a.m. outside normal hours were prematurely closed. Plaintiff seeks injunctive relief reinstating benefits, declaratory relief, damages, and preservation of all electronically stored information (ESI). Executed on November 4, 2025, San Diego, California.

Nov – 0 4 – 2025

**FERNANDO ALLEN SANCHEZ**
**Plaintiff, in pro per**

FILED

Nov 04 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ ArminCortez          DEPUTY